UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GRISELDA DEL CARMEN GARCIA MARISCAL,

Petitioner,

v.

WARDEN, Adelanto Detention Facility, et al.,

Respondents.

Case No. CV 5:26-06777-RAO

JUDGMENT

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that this action is closed.

DATED: November 23, 2026

/s/

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE